UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

VOTE.ORG, et al.,

  *Plaintiffs*,

v.

CORD BYRD, in his official capacity as
Secretary of State of Florida, et al.,

  *Defendants*.

Case No. 4:23-cv-111

**MOTION FOR ABHA KHANNA TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF
ELECTRONIC FILING ON BEHALF OF PLAINTIFFS**

Under Local Rule 11.1(C), Plaintiffs Vote.Org; Florida Alliance for Retired Americans; and Florida State Conference of Branches and Youth Units of the NAACP (collectively, "Plaintiffs"), accompanied by Frederick S. Wermuth, counsel of record, who is a member of the Northern District of Florida Bar, respectfully move the Court to permit Abha Khanna, an associate of the law firm of Elias Law Group LLP, 1700 Seventh Ave., Suite 2100, Seattle, WA 98101, to appear *pro hac vice* on behalf of Plaintiffs in this matter, and, pursuant to Rule 2B of the Court's CM/ECF Administrative Procedures, to permit Ms. Khanna to receive notice of electronic filings in this case. In support of their request, Plaintiffs and their undersigned counsel state:

1. Ms. Khanna is a partner with the law firm of Elias Law Group LLP, 1700 Seventh Ave., Suite 2100, Seattle, WA 98101, and regularly practices law in Elias Law Group LLP's office in Seattle, WA. Ms. Khanna has been engaged, along with local counsel of the law firm of King, Blackwell, Zehnder & Wermuth, P.A., to represent Plaintiffs in this action.

2. Ms. Khanna is admitted to and is an active member in good standing of the bars of the jurisdictions identified in attached **Exhibit A** and a current Certificate of Good Standing from the New York Bar is attached as **Exhibit B**.

3. Ms. Khanna has complied with the requirements of Local Rule 11.1(E) by completing the Attorney Admission Tutorial and exam and the CM/ECF online tutorials on May 22, 2018. Her confirmation number is FLND15270220741175.

4. Ms. Khanna is familiar with and will be governed by the Local Rules of the Northern District of Florida and is also familiar with and will be governed by Florida's Rules of Professional Conduct and the other ethical limitations or requirements governing the professional behavior of the members of The Florida Bar.

5. Ms. Khanna has an active upgraded PACER account.

6.  Ms. Khanna will pay the required $208.00 *pro hac vice* fee for this case at the time of filing.

**WHEREFORE**, Plaintiffs and their designated undersigned counsel, Frederick S. Wermuth, respectfully request that the Court enter an Order admitting Abha Khanna to appear *pro hac vice* as counsel on behalf of Plaintiffs for all purposes relating to the proceedings in the above-styled matter and directing the Clerk of the Court to provide notice of electronic filings to Abha Khanna at akhanna@elias.law.

## LOCAL RULE 7.1(B) CERTIFICATION

Plaintiffs' counsel has conferred with counsel for the Defendants that have appeared in this case, and they do not oppose this *pro hac vice* motion.  The remaining Defendants (Supervisors for Gulf and Charlotte Counties) and their counsel have yet to appear, as necessary to confer under Local Rule 7.1(B).  To the extent necessary, Plaintiffs' counsel will contact opposing counsel expeditiously after their appearance and promptly supplement the instant motion with a statement certifying whether or to what extent the parties have resolved the issues presented herein.

## LOCAL RULE 7.1(F) CERTIFICATION

The undersigned certifies that this motion contains 399 words.

Respectfully submitted,

/s/ Frederick S. Wermuth
Frederick S. Wermuth
Florida Bar No. 0184111
King, Blackwell, Zehnder & Wermuth, P.A.
P.O. Box 1631
Orlando, FL 32802-1631
Telephone: (407) 422-2472
Facsimile: (407) 648-0161
fwermuth@kbzwlaw.com

Abha Khanna
**ELIAS LAW GROUP LLP**
1700 Seventh Ave., Suite 2100
Seattle, Washington 98101
Telephone: (206) 656-0177
akhanna@elias.law

Justin Baxenberg
Alexander F. Atkins
Renata O'Donnell
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave NW, Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
jbaxenberg@elias.law
aatkins@elias.law
rodonnell@elias.law

*Counsel for Plaintiffs Vote.Org, Florida Alliance for Retired Americans, and Florida State Conference of Branches and Youth Units of the NAACP*

- 4 -

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of April 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Frederick S. Wermuth
Frederick S. Wermuth
Florida Bar No. 0184111
King, Blackwell, Zehnder & Wermuth, P.A.
P.O. Box 1631
Orlando, FL 32802-1631
Telephone: (407) 422-2472
Facsimile: (407) 648-0161
fwermuth@kbzwlaw.com