UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

VOTE.ORG; FLORIDA ALLIANCE
FOR RETIRED AMERICANS;
FLORIDA STATE CONFERENCE OF
BRANCHES AND YOUTH UNITS OF
THE NAACP,
                            *Plaintiffs*,

   v.

CORD BYRD, in his official capacity as
Secretary of State of Florida, et al.,
                            *Defendants*,

REPUBLICAN NATIONAL
COMMITTEE and REPUBLICAN
PARTY OF PASCO COUNTY,
                     *Proposed Intervenor-Defendants*.

No. 4:23-cv-00111-AW-MAF

**MOTION TO INTERVENE**

Movants—the Republican National Committee and the Republican Party of Pasco County—seek to intervene as defendants in this case. Attached is a memorandum of law that explains why the Court should grant Movants permissive intervention under Rule 24(b). No party opposes Movants' intervention under Rule 24(b). The Secretary of Florida and the supervisor for Brevard County are expressly unopposed to permissive intervention; plaintiffs and most of the county supervisors take no position on permissive intervention. The remaining Defendants have either not appeared or did not provide their position by the time Movants filed this motion. For the reasons in the accompanying memorandum, Movants respectfully ask the Court to grant this motion.

Dated: April 5, 2023

Thomas R. McCarthy*
Cameron T. Norris*
Gilbert C. Dickey*†
Conor D. Woodfin*‡
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
cam@consovoymccarthy.com
gilbert@consovoymccarthy.com
conor@consovoymccarthy.com

*pro hac vice forthcoming

† Admitted in Alabama, District of Columbia, North Carolina, and West Virginia. Virginia bar application is pending. Supervised by principals of the firm.

‡ Admitted in the District of Columbia. Virginia bar application is pending. Supervised by principals of the firm.

Respectfully submitted,

/s/ Daniel E. Nordby

Daniel E. Nordby
   Fla. Bar No. 14588
Benjamin J. Gibson
   Fla. Bar No. 058661
SHUTTS & BOWEN LLP
215 South Monroe Street, Suite 804
Tallahassee, Florida 32301
Tel: (850) 241-1717
dnordby@shutts.com
bgibson@shutts.com
smartin@shutts.com

*Counsel for Proposed Intervenor-Defendants the Republican National Committee and the Republican Party of Pasco County*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(B)

Counsel for Movants conferred with counsel for Plaintiffs, as well as the Defendants who have entered appearances, regarding this motion. The Secretary and the supervisor for Brevard County do not oppose the motion. Plaintiffs and the county supervisors for Alachua, Baker, Bay, Bradford, Broward, Calhoun, Columbia, Dixie, Duval, Franklin, Gadsden, Hamilton, Hillsborough, Jackson, Lafayette, Leon, Liberty, Nassau, Okaloosa, Pinellas, Putnam, Santa Rosa, St. Johns, Sumter, Suwannee, Taylor, Union, Wakulla, Walton, and Washington counties take no position on the motion. The remaining Defendants have not provided their positions or have not yet appeared.

*/s/ Daniel E. Nordby*

## CERTIFICATE OF SERVICE

I e-filed this document, which will serve all parties whose counsel have entered appearances. Those parties who have not yet appeared will be served via email.

*/s/ Daniel E. Nordby*