IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**VOTE.ORG, et al.,**

    Plaintiffs,

vs.                                                    Case No. 4:23cv111-AW-MAF

**CORD BYRD, in his official capacity
as Florida's Secretary of State, et al.,**

    Defendants.

_____/

## O R D E R

Four more motions for leave to appear *pro hac vice* have been filed in this case. The first motion seeks leave to appear as co-counsel on behalf of Intervenor-Defendants: the Republican National Committee and the Republican Party of Pasco County.[1] ECF No. 76. Attorney Conor D. Woodfin does not reside in the State of Florida and is a member in good standing of the Bar of the District of Columbia. *Id.* It appears that counsel has completed this Court's local rules tutorial, and the docket confirms that

---

[1] A motion to intervene was filed on April 5, 2023, ECF No. 58, but is still pending.

the $208 *pro hac vice* admission fee has been paid.  The motion, ECF No. 76, is in compliance with N.D. Fla. Loc. R. 11.1(C) and is **GRANTED**.

The second motion also seeks leave to appear as co-counsel on behalf of Intervenor-Defendants: the Republican National Committee and the Republican Party of Pasco County.  ECF No. 77.  Attorney Cameron T. Norris does not reside in the State of Florida and is a member in good standing of the Bar of the State of Tennessee.  *Id.*  It appears that counsel has completed this Court's local rules tutorial, and the docket confirms that the $208 *pro hac vice* admission fee has been paid.  The motion, ECF No. 77, is in compliance with N.D. Fla. Loc. R. 11.1(C) and is **GRANTED**.

The third motion also seeks leave to appear as co-counsel on behalf of Intervenor-Defendants: the Republican National Committee and the Republican Party of Pasco County.  ECF No. 78.  Attorney Thomas R. McCarthy does not reside in the State of Florida and is a member in good standing of the Bar of the Commonwealth of Virginia.  *Id.*  It appears that counsel has completed this Court's local rules tutorial, and the docket confirms that the $208 *pro hac vice* admission fee has been paid.  The motion, ECF No. 78, is in compliance with N.D. Fla. Loc. R. 11.1(C) and is **GRANTED**.

Case No. 4:23cv111-AW-MAF

The fourth motion seeks leave to appear as co-counsel on behalf of Intervenor-Defendants: the Republican National Committee and the Republican Party of Pasco County.  ECF No. 79.  Attorney Gilbert C. Dickey does not reside in the State of Florida and is a member in good standing of the Bar of the State of North Carolina.  *Id.*  It appears that counsel has completed this Court's local rules tutorial, and the docket confirms that the $208 *pro hac vice* admission fee has been paid.  The motion, ECF No. 79, is in compliance with N.D. Fla. Loc. R. 11.1(C) and is **GRANTED**.

Finally, all four motions correctly include the case number, name of the parties, and a heading.  The case style, however, is incorrect.  *See* N.D. Fla. Loc. R. 5.1(B).  This case is pending in the Tallahassee Division of the Northern District of Florida, not the Gainesville Division.

Accordingly, it is **ORDERED** that the motions for leave to appear *pro hac vice*, ECF Nos. 76-79, are **GRANTED**.

**DONE AND ORDERED** on May 19, 2023.

S/   Martin A. Fitzpatrick
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**

Case No. 4:23cv111-AW-MAF