**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**VOTE.ORG, et al.,**

      **Plaintiffs,**

**v.**                                 **Case No. 4:23-cv-111-AW-MAF**

**CORD BYRD, in his official capacity as
SECRETARY OF STATE OF
FLORIDA, et al.,**

      **Defendants.**

_____/

## ORDER DENYING AS MOOT MOTION TO DISMISS

Because Plaintiffs have filed an amended complaint, ECF No. 101, the pending motion to dismiss (ECF No. 91) is DENIED as moot.

Defendants must respond to the amended complaint within fourteen days of its filing. *See* Fed. R. Civ. P. 15(a)(3).

SO ORDERED on June 13, 2023.

                                s/ *Allen Winsor*
                                United States District Judge