# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

VOTE.ORG; FLORIDA ALLIANCE FOR RETIRED AMERICANS; FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP,

*Plaintiffs*,

v.

CORD BYRD, in his official capacity as Secretary of State of Florida, et al.,

*Defendants*,

REPUBLICAN NATIONAL COMMITTEE and REPUBLICAN PARTY OF PASCO COUNTY,

*Intervenor-Defendants*.

No. 4:23-cv-00111-AW-MAF

## MOTION FOR TYLER R. GREEN TO APPEAR PRO HAC VICE, CONSENT TO DESIGNATION, AND REQUEST TO RECEIVE ELECTRONIC NOTICES OF FILING ON BEHALF OF INTERVENOR-DEFENDANTS

Pursuant to Local Rule 11.1(C) of the United States District Court for the Northern District of Florida, Intervenor-Defendants—the Republican National Committee and the Republican Party of Pasco County—and their undersigned counsel respectfully request that the Court enter an Order admitting Tyler R. Green of the law firm Consovoy McCarthy PLLC, 222 S. Main Street, 5th Floor, Salt Lake City, UT 84101, (703) 243-9423, tyler@consovoymccarthy.com, to appear pro hac vice as co-

1

counsel on behalf of the Intervenor-Defendants in this case only, and, pursuant to Rule 2B of the Court's CM/ECF Administrative Procedures, to permit Tyler R. Green to receive notice of electronic filings in this case. In support of their request, Intervenor-Defendants and their undersigned counsel state:

1. Mr. Green is partner of the law firm of Consovoy McCarthy PLLC, 222 S. Main Street, 5th Floor, Salt Lake City, UT 84101, (703) 243-9423.

2. Mr. Green is not admitted to practice in the Northern District of Florida and is an active member in good standing of the Utah Bar. He has never been the subject of any professional disciplinary proceeding.

3. Mr. Green is not a resident of the State of Florida and has not abused the privilege of special appearance by frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a general practice of law in the State of Florida or before the Courts of this District.

4. Mr. Green certifies that he will comply with the requirements of Local Rule 11.1(C) and that, in connection with the filing of this motion, he has submitted a Certificate of Good Standing of the Utah Bar attached hereto as Exhibit A and has made payment—or within the next three (3) business days shall submit payment to the Clerk of the Court—of this Court's $208.00 admission fee.

5. Mr. Green certifies that he complied with the requirements of Local Rule 11.1(E) by completing the Attorney Admission Tutorial and exam on May 14, 2021, and was subsequently issued electronic confirmation number FLND16210230804412.

6. Mr. Green certifies that he has completed the online CM/ECF Tutorial.

7. Mr. Green certifies that he maintains an upgraded PACER account.

8. Mr. Green hereby respectfully requests that the Court provide notice of electronic filings to Mr. Green at tyler@consovoymccarthy.com.

9. Based on the foregoing, Mr. Green should be admitted to appear pro hac vice as counsel on behalf of the Intervenor-Defendants.

The Intervenor-Defendants and their designated undersigned counsel respectfully request that the Court enter an Order admitting Tyler R. Green to appear pro hac vice as counsel on behalf of the Intervenor-Defendants in this case and directing the Clerk of the Court to provide notice of electronic filings to Tyler R. Green at tyler@consovoymccarthy.com.

## **LOCAL RULE 7.1(B) CERTIFICATION**

Intervenor-Defendants—the Republican National Committee and the Republican Party of Pasco County—have conferred with counsel for the Plaintiffs and Co-Defendants that have appeared in this case, and they do not oppose this pro hac vice motion.

Dated: June 13, 2023

Cameron T. Norris\*
Gilbert C. Dickey\*
Conor D. Woodfin\*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
cam@consovoymccarthy.com
gilbert@consovoymccarthy.com
conor@consovoymccarthy.com

Tyler R. Green†
CONSOVOY MCCARTHY PLLC
222 S. Main Street, 5th Floor,
Salt Lake City, UT 84101
tyler@consovoymccarthy.com

\*admitted *pro hac vice*
†*pro hac vice* admission pending

Respectfully submitted,

 */s/ Benjamin J. Gibson*

Benjamin J. Gibson
Fla. Bar No. 058661
Daniel E. Nordby
Fla. Bar No. 14588
SHUTTS & BOWEN LLP
215 South Monroe Street, Suite 804
Tallahassee, Florida 32301
Tel: (850) 241-1717
dnordby@shutts.com
bgibson@shutts.com
smartin@shutts.com

*Counsel for Intervenor-Defendants*

## CERTIFICATE OF SERVICE

I e-filed this document, which will serve all parties whose counsel have entered appearances. Those parties who have not yet appeared will be served via email.

/s/ Benjamin J. Gibson