UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**VOTE.ORG et al.,**

*Plaintiffs*,

v.                                              CASE NO. 4:23-CV-00111-AW-MAF

**CORD BYRD, in his official capacity
as Secretary of State, et al.,**

*Defendants*.
_____/

**RON TURNER'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT**

Defendant, Ron Turner in his official capacity as Supervisor of Elections of Sarasota County, hereby answers the Plaintiff's Amended Complaint and says:

**NATURE OF THE CASE**

1. Admitted for jurisdictional purposes only.

2. Admit that Florida law speaks for itself.

3. Admit that Florida law speaks for itself.

4. Admit that Florida law speaks for itself.

5. No response required.

**JURISDICTION AND VENUE**

6. Admitted for jurisdictional purposes only.

7. Admitted for jurisdictional purposes only.

8. Admitted.

9. Admitted.

10. Admitted.

## PARTIES

11. Without knowledge.

12. Without knowledge.

13. Without knowledge.

14. Without knowledge.

15. Without knowledge.

16. Without knowledge.

17. Without knowledge.

18. Admitted.

19. Admitted.

20. Without knowledge.

21. Without knowledge.

22. Without knowledge.

23. Without knowledge.

24. Without knowledge.

25. Without knowledge.

26. Without knowledge.

27. Without knowledge.

28. Without knowledge.

29. Admitted.

30. Admitted.

## STATEMENT OF FACTS AND LAW

31. Admit Florida law speaks for itself.

32. Admit Florida law speaks for itself.

33. Admit Florida law speaks for itself.

34. Admit Florida law speaks for itself.

35. Without knowledge.

36. Admit Florida law speaks for itself.

37. Admit Florida law speaks for itself.

38. Admit Florida law speaks for itself.

39. Admit Florida law speaks for itself.

40. Admit Florida law speaks for itself.

41. Admit Florida law speaks for itself.

42. Admit Florida law speaks for itself.

43. Admit Florida law speaks for itself.

**CLAIM FOR RELIEF**
**COUNT I**

44. Turner realleges and incorporates by reference his responses to paragraph 1 through 43.

45. Admit Federal law speaks for itself.

46. Admit Federal law speaks for itself.

47. Admit case law speaks for itself.

48. Admit case law speaks for itself.

49. Admit case law speaks for itself.

50. Admit Florida and Federal law speaks for itself.

51. Admit Florida law speaks for itself.

52. Without knowledge.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served to all counsel of record through the Court's CM/ECF system on this 28th day of June, 2023.

**BENTLEY GOODRICH KISON, P.A.**

/s/ Morgan R. Bentley

_____
**MORGAN R. BENTLEY, ESQ.**
Florida Bar No. 0962287
mbentley@bgk.law
783 South Orange Ave., Suite 300
Sarasota, Florida 34236
Telephone: 941-556-9030
Attorney for Defendant, Ron Turner
As Sarasota County Supervisor of Elections