# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

VOTE.ORG, et al.,
    *Plaintiffs*,

v.                                      Case No.: 4:23-cv-00111-AW-MAF

CORD BYRD, in his official capacity
as Florida Secretary of State, et al.,
    *Defendants*.
_____/

## MOTION FOR WITHDRAWAL AS COUNSEL

Pursuant to Local Rule 11.1(H), counsel for Defendant, Florida Secretary of State, moves this Court to withdraw William D. Chappell as counsel for Defendant, Florida Secretary of State in the above-captioned matter. As of July 7, 2023, Mr. Chappell will no longer be employed with the Florida Department of State. Defendant's counsel has notified Defendant of these developments, and Defendant does not oppose the withdrawal. The parties should serve all future correspondence and pleadings on the remaining counsel of record for Defendant.

July 6, 2023                                    Respectfully submitted,


                                                */s/ William D. Chappell*
                                                WILLIAM D. CHAPPELL (FBN 120449)
                                                *Assistant General Counsel*
                                                david.chappell@dos.myflorida.com
                                                FLORIDA DEPARTMENT OF STATE
                                                R.A. Gray Building, Suite 100
                                                500 South Bronough Street
                                                Tallahassee, Florida 32399-0250
                                                Phone: (850) 245-6503
                                                Fax: (850) 245-6127

                                                *Counsel for Secretary of State*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served to all counsel of record through the Court's CM/ECF system on this 6th day of July, 2023.

                                                */s/ William D. Chappell*
                                                Attorney