IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**VOTE.ORG, et al.,**

    **Plaintiffs,**

v.     Case No. 4:23-cv-111-AW-MAF

**CORD BYRD, in his official capacity as
SECRETARY OF STATE OF
FLORIDA, et al.,**

    **Defendants.**

_____/

## ORDER GRANTING LEAVE TO REPLY

The motion to strike or for leave to respond (ECF No. 121) is granted to this extent: Movants may file a reply to the United States' statement of interest (ECF No. 118) within ten days. The motion is otherwise denied.

SO ORDERED on July 19, 2023.

                                          s/ *Allen Winsor*
                                          United States District Judge