IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**VOTE.ORG, et al.,**

    **Plaintiffs,**

v.                                                Case No. 4:23-cv-111-AW-MAF

**CORD BYRD, in his official capacity as
SECRETARY OF STATE OF
FLORIDA, et al.,**

    **Defendants,**

**REPUBLICAN NATIONAL
COMMITTEE and REPUBLICAN
PARTY OF PASCO COUNTY,**

    **Intervenor-Defendants.**

_____/

## ORDER GRANTING LEAVE TO REPLY

The Intervenors' motion to file a reply to the United States' statement of interest (ECF No. 123) is GRANTED. The deadline to file the reply is July 31.

SO ORDERED on July 21, 2023.

                                                    s/ *Allen Winsor*
                                                  United States District Judge