## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

| | |
|---|---|
| VOTE.ORG, et al., *Plaintiffs*, v. CORD BYRD, in his official capacity as Secretary of State of Florida, et al., *Defendants*. | Case No. 4:23-cv-00111-AW/MAF |

### NOTICE REGARDING TRIAL DATE AND LENGTH OF TRIAL

In accordance with this Court's order granting the parties' joint motion to amend the schedule, ECF 133, Plaintiffs' counsel has conferred with counsel for all Defendants regarding a new trial date and regarding the anticipated length of trial, and has attempted to confer with the Court's Courtroom deputy regarding the Court's availability. Plaintiffs propose a new trial starting date of April 29, 2024, for an estimated four-day trial. Defendant Secretary of State proposes a trial starting date of May 20, 2024, for the same estimated length; and Defendant Intervenors, along with the following Defendant Supervisors of Elections join the Defendant Secretary in seeking the May 20, 2024 trial starting date: Charlotte, Collier, Indian River, Lake, Lee, Manatee, Marion, Monroe, Pasco, Seminole, Sarasota, Pinellas, and Palm

Beach.  The remaining Defendants do not oppose either of the two proposed trial starting dates or the anticipated length of the trial period, with Defendant Supervisor of Elections for St. Lucie, Polk, Osceola, Martin, and Clay taking no position.

Respectfully submitted this 31st day of August, 2023.

| | |
|---|---|
| Abha Khanna* | Respectfully submitted, |
| **ELIAS LAW GROUP, LLP** | |
| 1700 Seventh Ave., Suite 2100 | */s/ Frederick S. Wermuth* |
| Seattle, Washington 98101 | Frederick S. Wermuth |
| Telephone: (206) 656-0177 | Florida Bar No. 0184111 |
| akhanna@elias.law | Quinn B. Ritter |
| | Florida Bar No. 1018135 |
| Justin Baxenberg* | **KING, BLACKWELL, ZEHNDER** |
| Alexander F. Atkins* | **& WERMUTH, P.A.** |
| Renata O'Donnell* | P.O. Box 1631 |
| **ELIAS LAW GROUP, LLP** | Orlando, FL 32802-1631 |
| 250 Massachusetts Ave NW, Suite 400 | Telephone: (407) 422-2472 |
| Washington, D.C. 20001 | Facsimile: (407) 648-0161 |
| Telephone: (202) 968-4490 | fwermuth@kbzwlaw.com |
| jbaxenberg@elias.law | |
| aatkins@elias.law | |
| rodonnell@elias.law | |

*Counsel for Plaintiffs Vote.Org, Florida Alliance for Retired Americans, Florida State Conference of Branches and Youth Units of the NAACP and Disability Rights Florida*

*Admitted *Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 31, 2023 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Frederick Wermuth*
Frederick S. Wermuth
Florida Bar No. 0184111