## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**VOTE.ORG, et al.,**

    **Plaintiffs,**

**v.**                                         **Case No. 4:23-cv-111-AW-MAF**

**CORD BYRD, in his official capacity as**
**SECRETARY OF STATE OF**
**FLORIDA, et al.,**

    **Defendants,**

**REPUBLICAN NATIONAL**
**COMMITTEE and REPUBLICAN**
**PARTY OF PASCO COUNTY,**

    **Intervenor-Defendants.**

_____/

## ORDER FOR ENTRY OF JUDGMENT

Having considered Plaintiffs' response (ECF No. 141) to the court's earlier order (ECF No. 140), the court now orders that all claims are dismissed for the reasons stated in that earlier order.

The clerk will enter a judgment that says, "Plaintiffs' claims are dismissed on the merits for failure to state a claim." The clerk will then close the file.

SO ORDERED on November 8, 2023.

s/ _Allen Winsor_____
United States District Judge