IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

VOTE.ORG, et al.,

    Plaintiffs,

v().                                            Case No. 4:23-cv-111-AW-MAF

CORD BYRD, in his official capacity as
SECRETARY OF STATE OF
FLORIDA, et al.,

    Defendants,

REPUBLICAN NATIONAL
COMMITTEE and REPUBLICAN
PARTY OF PASCO COUNTY,

    Intervenor-Defendants.

_____/

## JUDGMENT

Plaintiffs' claims are dismissed on the merits for failure to state a claim.

                                              JESSICA J. LYUBLANOVITS
                                              CLERK OF COURT

November 8, 2023                      s/ KELLI MALU
Date                                         Deputy Clerk: Kelli Malu