**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

VOTE.ORG; FLORIDA ALLIANCE
FOR RETIRED AMERICANS;
FLORIDA STATE CONFERENCE
OF BRANCHES AND YOUTH
UNITS OF THE NAACP;
DISABILITY RIGHTS FLORIDA,

      *Plaintiffs*,

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida; et al.,

      *Defendants*,
             and

REPUBLICAN NATIONAL
COMMITTEE and REPUBLICAN
PARTY OF PASCO COUNTY,

      *Intervenor-Defendants*.

Case No. 4:23-cv-111-AW-MAF

## <u>NOTICE OF APPEAL</u>

Plaintiffs appeal to the U.S. Court of Appeals for the Eleventh Circuit the

Order Granting Motions to Dismiss entered on October 30, 2023, ECF No. 140, and

Order for Entry of Judgment and Judgment entered on November 8, 2023, ECF Nos.

142 and 143.

Dated: November 9, 2023                    Respectfully submitted,

Abha Khanna*                               */s/ Frederick S. Wermuth*
**ELIAS LAW GROUP LLP**                    Frederick S. Wermuth
1700 Seventh Ave., Suite 2100              Florida Bar No. 0184111
Seattle, Washington 98101                  Quinn B. Ritter
Telephone: (206) 656-0177                  Florida Bar No. 1018135
akhanna@elias.law                          **KING, BLACKWELL, ZEHNDER**
                                             **& WERMUTH, P.A.**
Justin Baxenberg*                          P.O. Box 1631
Alexander F. Atkins*                       Orlando, FL 32802-1631
Renata O'Donnell*                          Telephone: (407) 422-2472
**ELIAS LAW GROUP LLP**                    Facsimile: (407) 648-0161
250 Massachusetts Ave NW, Suite 400        fwermuth@kbzwlaw.com
Washington, D.C. 20001
Telephone: (202) 968-4490
jbaxenberg@elias.law
aatkins@elias.law
rodonnell@elias.law

*Counsel for Plaintiffs Vote.Org,
Florida Alliance for Retired
Americans, Florida State Conference
of Branches and Youth Units of the
NAACP, and Disability Rights Florida*

**Admitted Pro Hac Vice*

- 3 -

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on November 9, 2023, I filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Frederick S. Wermuth*
Frederick S. Wermuth
Florida Bar No.: 0184111
*Counsel for Plaintiffs*