## Kelli Malu

| | |
|---|---|
| **From:** | ecf_help@ca11.uscourts.gov |
| **Sent:** | Monday, November 13, 2023 2:10 PM |
| **To:** | FLNDdb_efile Appeals |
| **Subject:** | 23-13727-A Disability Rights Florida, et al v. Secretary, State of Florida, et al "Civil Appeal Docketed - Notice of Appeal" (4:23-cv-00111-AW-MAF) |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**United States Court of Appeals for the Eleventh Circuit**

**Notice of Docket Activity**

The following transaction was filed on 11/13/2023

| | |
|---|---|
| **Case Name:** | Disability Rights Florida, et al v. Secretary, State of Florida, et al |
| **Case Number:** | 23-13727 |
| **Document(s):** | 1 |

**Docket Text:**
CIVIL APPEAL DOCKETED. Notice of appeal filed by Appellants Disability Rights Florida, Florida Alliance For Retired Americans, Florida State Conference of the NAACP and Vote.org on 11/09/2023. Fee Status: Fee Paid. Awaiting Appellant's Certificate of Interested Persons due on or before 11/27/2023 as to Appellant Vote.org. Awaiting Appellee's Certificate of Interested Persons due on or before 12/11/2023 as to Appellees Brevard County Supervisor of Elections, Secretary, State of Florida, Supervisor, Elections for Alachua County, Supervisor, Elections for Baker County, Supervisor, Elections for Broward County and Supervisor, Elections for Citrus County

**Notice will be electronically mailed to:**

Alexander F. Atkins
Florida Attorney General Service
Justin Baxenberg
Michael Beato
Clerk - Northern District of Florida, Clerk of Court
Susan S. Erdelyi
Joseph Jarone
Mohammad O. Jazil
Diana M. Johnson
Abha Khanna
Nathaniel A. Klitsberg
Frank Mari
Renata O'Donnell
Quinn B. Ritter

Dale A. Scott
Robert Charles Swain
Frederick Stanton Wermuth


**Notice sent via US Mail to:**

Frederick Stanton Wermuth

Devona Alicia Reynolds
Broward County Attorney's Office
115 S ANDREWS AVE STE 423
FORT LAUDERDALE, FL 33301

The following document(s) are associated with this transaction:
**Document Description:** CIVIL - Notice of Docketing
**Original Filename:** /opt/ACECF/live/forms/KathrynKemp_2313727_10071837_CIVIL-NoticeofDocketing_443.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=11/13/2023] [FileNumber=10071837-4]
[4aef0fbb6d376a1b01384387f1501941389bb6592ae27251cf7a7edd33e0beb42d50b18930bce28b7cee3459060cd98cffb
60aaa086f089bea5d9c89fb6b028a]]
**Recipients:**

- Alexander F. Atkins
- Florida Attorney General Service
- Justin Baxenberg
- Michael Beato
- Clerk - Northern District of Florida, Clerk of Court
- Susan S. Erdelyi
- Joseph Jarone
- Mohammad O. Jazil
- Diana M. Johnson
- Abha Khanna
- Nathaniel A. Klitsberg
- Frank Mari
- Renata O'Donnell
- Devona Alicia Reynolds
- Quinn B. Ritter
- Dale A. Scott
- Robert Charles Swain
- Frederick Stanton Wermuth

**Document Description:** Civil Appeal Docketed - Notice of Appeal
**Original Filename:** 23-13727 DC NOA doc#144.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=11/13/2023] [FileNumber=10071837-0]
[376ffb1d93c877ae29cb2efe793b64f2bcb6e5e24ee40b383a0a52d05ae5307af9f67d5c97b7a74b31ff2fca0b2307d9e40b
90a8e9c879003c9efd4bd45dc8f8]]

**Document Description:** 23-13727 DC Order doc#140
**Original Filename:** 23-13727 DC Order doc#140.pdf
**Electronic Document Stamp:**

[STAMP acecfStamp_ID=1160056652 [Date=11/13/2023] [FileNumber=10071837-1] [3619a8b8f935ddf4f8088ce38f0d3823e2f7b1e2eeccffca1f1a6ec84673a37e3daa72ab57611bac0b215b9483d28bd163c0f 8100c5453ba6649f123924c2b88]]

**Document Description:** 23-13727 DC Order doc#142
**Original Filename:** 23-13727 DC Order doc#142.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=11/13/2023] [FileNumber=10071837-2] [5fe273edafba0355f86ca4a808c3579e20896df929ec37325af73ef967610e6a16324bdc9a2de8e018013260ac798ceb096 d6ae3dc611ccc306ecc438aac49ee]]

**Document Description:** 23-13727 DC Order doc#143
**Original Filename:** 23-13727 DC Order doc#143.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=11/13/2023] [FileNumber=10071837-3] [8d0ff713da90287201e1fff8d3ff9f9e255108cee74d2edfb72ee00e4c4c1489a51aa8a2d7f9e624405a29da1e94753cb01a4 80fb93d8f96c903c5ee32f5f1a0]]