# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

Vote.org, *et al.*,

    *Plaintiffs*,

v.

Cord Byrd, in his official capacity as Florida Secretary of State, *et al.*,

    *Defendants*.

Case No. : 4:23-cv-00111

## CONSENT MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 11.1(H)(b), the undersigned moves to withdraw as counsel of record for Defendant Florida Secretary of State Cord Byrd. I am leaving my employment with Secretary Byrd as of May 3, 2025. Secretary Byrd continues to be represented in this case by Ashley E. Davis, ⎵, and Secretary Byrd consents to my withdrawal. Future correspondence and documents should be served on remaining counsel of record for Secretary Byrd.

Dated: May 2, 2025

Respectfully submitted,

*/s/ Joseph S. Van de Bogart*
Joseph S. Van de Bogart (FBN 84764)
*General Counsel*
joseph.vandebogart@dos.fl.gov
jenna.mclanahan@dos.fl.gov
Florida Department of State

> R.A. Gray Building, Suite 100
> 500 South Bronough Street
> Tallahassee, Florida 32399-0250
> Phone: (850) 245-6519
> Fax: (850) 245-6127
>
> *Counsel for Florida Secretary of State*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 2, 2025, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

*/s/ Joseph S. Van de Bogart*